INCORPORATED VILLAGE OF LAUREL HOLLOW, Respondent, *v.* LAVERNE ORIGINALS, INC., et al., Appellants.

Submitted April 5, 1954; decided April 8, 1954.

*Emanuel Wexler* for motion.

*Chester Bordeau* opposed.

Motion granted and appeal set down for argument during the first week of the May, 1954, session.